J. R. Campbell Appellant, vs. W. H. Crosby, Walter Burton and Charles E. Baer, Appellees.

Appeal from Circuit Court, Clay county; Rhydon M. Call, Judge.

John E. Hartridge and Cooper & Cooper for Appellant.

H. Bisbee and C. D. Rinehart for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants and the complainant appeals. The decree is affirmed.

Decision Per Curiam.